UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **5**

-----------------------------------------

Brown

-v-

atty General INS

-----------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-302

JUDGE: KMW

DATE: Feb. 5, 2008

*[Stamp: U.S. DISTRICT COURT FILED FEB 0 5 2008 S.D. OF N.Y.]*

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------

**DOCUMENT DESCRIPTION**                                   DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                      (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 5th Day of Feb., 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------

Brown

-v-

Atty Gen  JAS

----------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-302

JUDGE: KMW

DATE: Feb. 5, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                   Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this ____ Day of Feb. ____ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00302-KMW
### Internal Use Only

Brown v. Attorney General INS
Assigned to: Judge Kimba M. Wood
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 01/14/2008
Date Terminated: 01/14/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. Document filed by Stanford Brown.(jpo) (Entered: 01/23/2008) |
| 01/14/2008 | | Magistrate Judge James C. Francis is so designated. (jpo) (Entered: 01/23/2008) |
| 01/14/2008 | 2 | ORDER OF DISMISSAL, Petitioner is permitted to proceed without payment of fees and the Clerk of Court is directed to assign a docket number to this petition. For the reasons set forth within.Accordingly, petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. 2241 is denied. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. The Court certifies pursuant to 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/14/08) (laq) (Entered: 01/28/2008) |
| 01/14/2008 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/14/08) (laq) (Entered: 01/28/2008) |
| 01/31/2008 | 4 | NOTICE OF APPEAL from 2 Order Dismissing Petition, 3 Judgment - Sua Sponte (Petition). Document filed by Stanford Brown. (tp) (Entered: 02/04/2008) |
| 01/31/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Stanford Brown. $455.00 APPEAL FEE DUE. IFP REVOKED 1/14/08. (tp) (Entered: 02/04/2008) |
| 02/04/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 02/04/2008) |
| 02/04/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 02/04/2008) |