MANDATE

S.D.N.Y.-N.Y.C.
08-cv-302
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of May , two thousand eight,

Present:

Hon. Chester J. Straub,
Hon. Reena Raggi,
*Circuit Judges,*
Hon. Sidney H. Stein,[*]
*District Judge.*

UNITED STATES COURT OF APPEALS
FILED
MAY 02 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

Stanford Brown,
*Petitioner-Appellant,*

v.                                                          08-0624-pr

United States Attorney General,
*Respondent-Appellee.*

---

Petitioner, *pro se,* moves for leave to proceed *in forma pauperis,* appointment of counsel, and a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motions for leave to proceed *in forma pauperis* and appointment of counsel are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e). Petitioner's motion for a certificate of appealability is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

---

[*] The Honorable Sidney H. Stein, of the United States District Court for the Southern District of New York, sitting by designation.

SAO-MTA

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by

DEPUTY CLERK

Issued as Mandate: 7/11/08